AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dawson, Kent J. | District of Nevada | 05/08/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

333 Las Vegas Boulevard South
Room 6006
Las Vegas, Nevada 89101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | General Partner | Multistate Properties |
| 2. | Officer/Director | Kent J. Dawson Chtd., a professional law corporation |
| 3. | Manager/Member | Los Feliz Estates, LLC |
| 4. | Manager/Member | Six Sixteen South Third Street, LLC |
| 5. | Officer/Director | Multistate Properties, Inc. |
| 6. | Officer | Los Feliz Owners Association |
| 7. | Manager/Member | Los Feliz Estates Investment Group, LLC |
| 8. | General Partner | K & R Dawson, L.P. |
| 9. | Director | Henderson Nevada Historical Society, Inc. |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 11/1/72 | Kent Dawson/Nevada Public Employees Retirement System-retirement plan w/former employer - no control |
| 2. | 2/1/95 | Kent J. Dawson, Chtd./Kent Dawson - rental income and compensation for services rendered before becoming a judge |

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Kent J. | 05/08/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Nevada Public Employees Retirement System/Retirment benefits | $24,971.10 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Kent J. | 05/08/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of Nevada | Credit Line | N |
| 2. | American Express | Credit Card Debt | J |
| 3. | Chase | Credit Card Debt | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Kent J. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Net Med Stock | | None | J | T | | | | | |
| 2. Vacant Land BrianHead Utah | | None | O | W | | | | | |
| 3. ▨ Third Street, LLC Rental Property, Las Vegas, Nevada | E | Rent | O | W | | | | | |
| 4. Vacant Land, Tauranga, New Zealand | | None | M | W | | | | | |
| 5. Los Feliz Estates, LLC Building Lots, Las Vegas, Nevada | | None | O | W | | | | | |
| 6. Los Feliz Estates, LLC Vacant Land, Las Vegas, Nevada | | None | P1 | W | | | | | |
| 7. Vacant Land #2, Henderson, Nevada | | None | O | W | | | | | |
| 8. Kent J. Dawson, Chtd. Stock | | None | L | U | | | | | |
| 9. Irrevocable Trust | D | Rent | L | W | | | | | |
| 10. - Real Estate, Las Vegas, Nevada | | | | | | | | | |
| 11. - Real Estate, Roy, Utah | | | | | | | | | |
| 12. Bank of Nevada Account (Formerly Bank West) | A | Interest | K | T | | | | | |
| 13. Bank of New Zealand Accounts | B | Interest | J | T | | | | | |
| 14. Lewis Manor Apartments | | None | K | W | | | | | |
| 15. Real Estate, Genola, Utah | | None | O | W | | | | | |
| 16. Serengetti Springs, LP Apartments | | None | N | W | | | | | |
| 17. Vacant Land Mohave County Arizona | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Kent J. | 05/08/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. Positions, Lines 3 and 7 - "Los Feliz Estates" is a residential subdivision not a "trust or estate" entity. See VII, Lines 5 and 6.

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Kent J. | 05/08/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kent J. Dawson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544